# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**Lloyd McKenzie,**  Civil No. 07-3413 MJD/SRN

    **Plaintiff,**

v.

    **ORDER**

**Dean Frokjer, Jerry Holeman,**
**Steven Larson, Zdenek Korinek,**
**J. Vars, Chris Ide, and Hanson,**

    **Defendants.**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated August 29, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's claims against Defendants Steven Larson, Zdenek Korinek, J. Vars, Chris Ide, and Hanson are dismissed pursuant to 28 U.S.C. § 1915A(b); and

2. Plaintiff's claims against the two remaining Defendants, Dean Frokjer and Jerry Holeman, are allowed to proceed at this time, without prejudice to any defenses that those Defendants may later seek to raise.

DATED: September 24, 2007

                                                       s/Michael J. Davis
                                                       Judge Michael J. Davis
                                                     United States District Court Judge